# HOOD *v.* WALLACE.

ERROR TO THE CIRCUIT COURT OF APPEALS FOR THE EIGHTH CIRCUIT.

No. 179. Argued March 11, 1901.—Decided May 27, 1901.

*Lantry* v. *Wallace, ante* 536, followed.

THE case is stated in the opinion.

The counsel were the same as in *Lantry* v. *Wallace,* and the two cases were argued together.

MR. JUSTICE HARLAN delivered the opinion of the court.

The pleadings in this case are the same as in *Lantry* v. *Wallace,* just decided. The demurrer to the answer and cross-petition of Hood was sustained in an elaborate opinion by Judge Phillips, holding the Circuit Court. 89 Fed. Rep. 11. The

judgment in that court was affirmed in the Circuit Court of Appeals. *Lantry* v. *Wallace*, 97 Fed. Rep. 865.

For the reasons stated in the opinion just rendered in *Lantry's* case, the judgment in this case is

*Affirmed.*